Neal **HOEPPNER**, by Walter C. Hoeppner, his Next Friend, Appellant,

v.

Nathan **COON** and Gail B. Coon, Appellees.

No. 12572.

United States Court of Appeals
Sixth Circuit.

Feb. 28, 1956.

Frankenstein & Frankenstein, Ft. Wayne, Ind., Milton L. Farber, Columbus, Ohio, for appellant.

Wiles & Doucher, Columbus, Ohio, Rendigs, Fry & Kiely, Cincinnati, Ohio, for appellee.

Before MARTIN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

This appeal from a judgment entered upon a jury verdict for the appellees in appellant's action for personal injuries received while a patron of appellees' bathing beach, was heard upon the record, briefs, and argument of counsel for the parties;

And it appearing that the trial court committed no error prejudicial to the appellant in the admission of evidence, the instructions to the jury, or otherwise;

It is ordered that the judgment of the district court be and it hereby is affirmed.

O. D. **BRATTON**, Appellant,

v.

**UNITED STATES** of America, Appellee.

No. 12548.

United States Court of Appeals
Sixth Circuit.

March 2, 1956.

Lowell W. Taylor, Memphis, Tenn., for appellant.

H. Brian Holland, Ellis N. Slack, Henry L. Spencer and Marvin W. Weinstein, Washington, D. C., Millsaps Fitzhugh, Memphis, Tenn., for appellee.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

On consideration whereof, it appearing that the findings of fact of the District Court are supported by the record and that the applicable statutes were correctly applied, Lazier v. United States, 8 Cir., 170 F.2d 521; Smith v. United States, D.C., 85 F.Supp. 838, affirmed 6 Cir., 180 F.2d 357. Cf. Stephenson v. Commissioner, 6 Cir., 101 F.2d 33, certiorari denied 307 U.S. 647, 59 S.Ct. 1046, 83 L.Ed. 1527.

And no reversible error appearing in the record:

It is ordered that the judgment of the District Court be and it hereby is affirmed.

**GALLAGHER TRANSFER AND STORAGE COMPANY**

v.

Alonzo H. **HANDY**.

No. 5157.

United States Court of Appeals
Tenth Circuit.

July 20, 1955.

Edwin B. Cannon, Rex J. Hanson and Ernest F. Baldwin, Jr., Salt Lake City, Utah, for appellant.

Milton A. Oman and Delbert M. Draper, Salt Lake City, Utah, for appellee.

PHILLIPS, Chief Judge.

Dismissed per stipulation.